PHILLIP A. TALBERT
Acting United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 559-4000
Facsimile: (559) 559-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-cr-00134-JLT-SKO |
|---|---|
| Plaintiff, | |
| v. | UNITED STATES' MOTION AND ORDER FOR DISMISSAL |
| RONNIE GILMORE, | |
| Defendant. | |

The United States now moves to dismiss the indictment in the above captioned case filed on August 13, 2020, without prejudice in the interest of justice and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. Further, the United States moves to cancel the arrest warrant pursuant to Rule 4(c)(4)(A).

Dated: September 16, 2022              PHILLIP A. TALBERT
                                        United States Attorney

                               By:     /s/ Antonio J. Pataca
                                        ANTONIO J. PATACA
                                        Assistant U.S. Attorney

1

ORDER

The Court hereby orders that the indictment in case number 1:20-cr-00134-JLT-SKO, filed on August 13, 2020, be DISMISSED WITHOUT PREJUDICE.  The Court further orders that the arrest warrant issued be cancelled.

IT IS SO ORDERED.

Dated: **September 16, 2022**



UNITED STATES DISTRICT JUDGE